**Julian G. TACLUYAN, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 01–3188.

United States Court of Appeals, Federal Circuit.

July 17, 2001.

### ORDER

Julian G. Tacluyan has failed to respond to the court order of May 23, 2001, to show cause why his petition for review should not be dismissed as frivolous.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is hereby dismissed.

(2) Each side shall bear its own costs.